USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALAN NISSELSON, AS TRUSTEE IN
BANKRUPTCY FOR JOSEPH SCIDDURLO,
                 Plaintiff,

13 **CIVIL** 2272 (AKH)

-against-

**JUDGMENT**

THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY,
                 Defendant.
-------------------------------------------------------------X

    Whereas there are two motions pending: one by defendant to dismiss the complaint, and one by plaintiff, in response, to cure the deficiencies by amending the complaint, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on November 12, 2013, having rendered its Order dismissing the complaint for lack of subject matter jurisdiction, without prejudice to plaintiff's non-federal claims being pursued in state court, and granting judgment to defendants, in accordance with this order and with costs and to mark the case closed, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2013, the complaint is dismissed for lack of subject matter jurisdiction, without prejudice to plaintiff's non-federal claims being pursued in state court; accordingly, judgment is granted to defendants, in accordance with the Order dated November 12, 2013 and with costs and the case is closed.

Dated: New York, New York
         November 20, 2013

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                                   BY:
                                                     **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____